UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER J., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03459-TAB-SEB |
| | ) |
| ANDREW M. SAUL Commissioner of the Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

The Court, having found in favor of Defendant Andrew M. Saul and against Plaintiff Heather J., enters judgment in favor of Defendant and against Plaintiff. Accordingly, Plaintiff shall take nothing by way of Plaintiff's complaint. The decision of the Commissioner is affirmed.

Date: 9/24/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email